# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:09-cv-05033-JHN-MANx | Date | January 27, 2010 |
|---|---|---|---|
| Title | Michelle Lee Hoyt v. The City of Simi Valley et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER VACATING SCHEDULING CONFERENCE and ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE (In Chambers)

The Court hereby VACATES the Scheduling Conference date of February 1, 2010.

The Court has read and considered the Joint Scheduling Report. The Court's trial order shall be issued.

Any unserved DOE defendants are hereby DISMISSED.

The parties are referred to Magistrate Judge Nagle for settlement conference. Parties shall contact Magistrate Judge Nagle's clerk to arrange a settlement conference.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |