1  Alan E. Wisotsky (SBN 68051)
   Dirk DeGenna (SBN 188972)
2  LAW OFFICES OF ALAN E. WISOTSKY
   300 Esplanade Drive, Suite 1500
3  Oxnard, California  93036
   Tel:    (805) 278-0920
4  Fax:    (805) 278-0289
   E-mail: lawyers@wisotskylaw.com
5
   Attorneys for Defendants THE CITY OF SIMI
6  VALLEY, THE SIMI VALLEY POLICE DEPART-
   MENT, POLICE CHIEF MIKE LEWIS, OFFICER
7  CHRISTOPHER LAM, and OFFICER JEFFREY
   O'BRIEN
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12 MICHELE LEE HOYT,              )   No. CV 09-05033 JHN (JCx)
                                  )
13          Plaintiff,            )   **STIPULATION OF DISMISSAL**
                                  )
14      v.                        )   [FRCP 41(a)(1)]
                                  )
15 THE CITY OF SIMI VALLEY, THE   )
   SIMI VALLEY POLICE DEPARTMENT, )
16 POLICE CHIEF MIKE LEWIS,       )
   OFFICER CHRISTOPHER LAM,       )
17 OFFICER JEFFERY O'BRIEN, and   )
   DOES 1-10, inclusive,          )
18                                )
            Defendants.           )
19 _____  )

20

21      Plaintiff, Michele Lee Hoyt, by and through her attorney of

22 record, and defendants Police Chief Mike Lewis, the City of Simi

23 Valley, and the Simi Valley Police Department through their

24 attorneys of record, hereby stipulate to dismiss unconditionally

25 the instant lawsuit as to Police Chief Mike Lewis, with prejudice,

26 including each and every cause of action and type of damage therein

27 pled or which might have been pled, in this or any court, in

28 accordance with Federal Rules of Civil Procedure, Rule 41(a)(1),

                               1

1  due to the fact discovery and investigation has revealed no
2  evidence to support the instant lawsuit as to Police Chief Mike
3  Lewis.

4      Plaintiff, Michele Lee Hoyt, is dismissing Police Chief Mike
5  Lewis in this prejudicial dismissal from all past, present, and
6  future claims of damages, equitable relief, declaratory relief,
7  ordinary and extraordinary costs, attorney's fees under any statute
8  or provision of law, and from any and all other types of legal and
9  equitable recovery.

10      Plaintiff, Michele Lee Hoyt, agrees that all further
11  proceedings, incidents, and requirements of this lawsuit, including
12  filing of memoranda, attendance at settlement conference or other
13  court hearings, trial, and all other proceedings in this matter,
14  are, as a result of this stipulated prejudicial dismissal, now
15  unnecessary and permanently dispensed with as they pertain to
16  Police Chief Mike Lewis.

17      It is further stipulated between plaintiff, Michele Lee Hoyt,
18  and defendants the City of Simi Valley and the Simi Valley Police
19  Department through their attorneys of record, that the second cause
20  of action of the complaint for relief for violation of 42 U.S.C.
21  §1983 be dismissed unconditionally, with prejudice, including each
22  and every type of damage therein pled or which might have been
23  pled, due to the fact discovery and investigation has revealed no
24  evidence to support the second cause of action as to the City of
25  Simi Valley and the Simi Valley Police Department or any Doe
26  defendant.

27  / / /

28  / / /

1    Plaintiff, Michele Lee Hoyt, further agrees, as evidenced by
2  the signature of her attorney below, that the Court may immediately
3  enter this stipulation of dismissal in the court records as
4  binding.

5    **IT IS SO STIPULATED.**

6

7  Dated: July 14 , 2010

   BRIAN VOGEL
8                                Attorney for Plaintiff

9

10 Dated: July 15 , 2010

11                               DIRK DeGENNA
                                 Law Offices of Alan E. Wisotsky
12                               Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3