```
 1  Alan E. Wisotsky (SBN 68051)
    Dirk DeGenna (SBN 188972)
 2  LAW OFFICES OF ALAN E. WISOTSKY
    300 Esplanade Drive, Suite 1500
 3  Oxnard, California  93036
    Tel:     (805) 278-0920
 4  Fax:     (805) 278-0289
    E-mail:  lawyers@wisotskylaw.com
 5
    Attorneys for Defendants THE CITY OF SIMI
 6  VALLEY, THE SIMI VALLEY POLICE DEPART-
    MENT, POLICE CHIEF MIKE LEWIS, OFFICER
 7  CHRISTOPHER LAM, and OFFICER JEFFREY
    O'BRIEN
 8
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELE LEE HOYT,       ) | No. CV 09-05033 JHN (JCx) |
|                        ) | |
| Plaintiff,             ) | **[PROPOSED] ORDER ON** |
|                        ) | **STIPULATION OF DISMISSAL** |
| v.                     ) | |
|                        ) | [FRCP 41(a)(1)] |
| THE CITY OF SIMI VALLEY, THE ) | |
| SIMI VALLEY POLICE DEPARTMENT, ) | |
| POLICE CHIEF MIKE LEWIS, ) | |
| OFFICER CHRISTOPHER LAM, ) | |
| OFFICER JEFFERY O'BRIEN, and ) | |
| DOES 1-10, inclusive,   ) | |
|                        ) | |
| Defendants.            ) | |
|                        ) | |

Having reviewed the stipulation of dismissal between plaintiff, Michele Lee Hoyt, and defendants Police Chief Mike Lewis, the City of Simi Valley, and the Simi Valley Police Department filed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Court hereby dismisses, with prejudice, the above-captioned action as to Police Chief Mike Lewis and the second cause of action as to

/ / /

/ / /

1

1 | the City of Simi Valley, the Simi Valley Police Department and any
2 | Doe defendants.
3 |     **IT IS SO ORDERED.**
4 |
5 | Dated:_____      _____
6 |                                         JACQUELINE HONG-NGOC NGUYEN
                                      United States District Judge