```
Alan E. Wisotsky (SBN 68051)
Dirk DeGenna (SBN 188972)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:     (805) 278-0920
Fax:     (805) 278-0289
E-mail:  lawyers@wisotskylaw.com
```

Attorneys for Defendants THE CITY OF SIMI VALLEY, THE SIMI VALLEY POLICE DEPARTMENT, POLICE CHIEF MIKE LEWIS, OFFICER CHRISTOPHER LAM, and OFFICER JEFFREY O'BRIEN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELE LEE HOYT,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF SIMI VALLEY, THE SIMI VALLEY POLICE DEPARTMENT, POLICE CHIEF MIKE LEWIS, OFFICER CHRISTOPHER LAM, OFFICER JEFFERY O'BRIEN, and DOES 1-10, inclusive,<br><br>    Defendants. | No. 2:09-cv-05033-JHN -MANx<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>[FRCP 41(a)(1)] |

    Having reviewed the stipulation of dismissal between plaintiff, Michele Lee Hoyt, and defendants Police Chief Mike Lewis, the City of Simi Valley, and the Simi Valley Police Department filed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Court hereby dismisses, with prejudice, the above-captioned action as to Police Chief Mike Lewis and the second cause of action as to

/ / /

/ / /

the City of Simi Valley, the Simi Valley Police Department and any Doe defendants.

**IT IS SO ORDERED.**

Dated: <u>July 19, 2010</u>

_____
JACQUELINE H. NGUYEN
United States District Judge