```
Alan E. Wisotsky (SBN 68051)
Dirk DeGenna (SBN 188972)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:     (805) 278-0920
Fax:     (805) 278-0289
E-mail:  lawyers@wisotskylaw.com

Attorneys for Defendants THE CITY OF SIMI
VALLEY, THE SIMI VALLEY POLICE DEPART-
MENT, POLICE CHIEF MIKE LEWIS, OFFICER
CHRISTOPHER LAM, and OFFICER JEFFREY
O'BRIEN
```

**NOTE: CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELE LEE HOYT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF SIMI VALLEY, THE SIMI VALLEY POLICE DEPARTMENT, POLICE CHIEF MIKE LEWIS, OFFICER CHRISTOPHER LAM, OFFICER JEFFERY O'BRIEN, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. 2:09-cv-05033-JHN-MANx<br><br>**ORDER ON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE COMPLETION DATE, PRETRIAL CONFERENCE DATE AND TRIAL DATE** |

　　　Having reviewed the stipulation between plaintiff, Michele Lee Hoyt, and defendants the City of Simi Valley, and the Simi Valley Police Department to continue the settlement conference completion date, pretrial conference date and trial date, the Court hereby finds good cause to continue the settlement conference completion date, pretrial conference date and trial date.

/ / /

/ / /

1

The court hereby orders that the settlement conference completion date, pretrial conference date and trial date be rescheduled to the following dates:

- Settlement Conference: Shall be completed no later than September 22, 2010;
- Final Pretrial Conference: **November 1, 2010, at 10:30 a.m.;** and
- Trial Date: **November 30, 2010 at 8:30 a.m.**.

**IT IS SO ORDERED.**

Dated: <u>August 3, 2010</u>

JACQUELINE H. NGUYEN
United States District Judge